**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. Alexander Kneginich | | | DISTRICT JUDGE: Janet T. Neff | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:16-cr-238 | 11/14/2017 | 11:02 AM - 11:39 AM | Grand Rapids | Alma Thorne |

**APPEARANCES**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Jamie Perry, Hagen W. Frank | Helen C. Nieuwenhuis | FPD Appointment |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment:<br>  __ mute   __ nolo contendre<br>  __ not guilty   __ guilty<br>__ Final Pretrial Conference<br>__ Detention  (waived __)<br>__ Motion Hearing<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>✓ Sentencing<br>__ Trial<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of Indictment<br>__ Other: _____<br><br>Court to Issue:<br>__ Order of Detention<br>__ Notice of Sentencing<br>__ Order Appointing Counsel<br>✓ Other: Judgment | Charging Document:<br>__ Read   __ Reading Waived<br>Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>__ Presentence Report Ordered<br>__ Presentence Report Waived<br>__ Plea Accepted by the Court<br>__ Plea Taken under Advisement<br>__ No Written Plea Agreement |

**SENTENCING**

| | |
|---|---|
| Imprisonment: 12 Months<br>Probation: _____<br>Supervised Release: None<br>Fine: $ Waived<br>Restitution: $ _____<br>Special Assessment: $ 100.00 | Plea Agreement Accepted:  __ Yes  __ No<br>Defendant informed of right to appeal: ✓ Yes __ No<br>Counsel informed of obligation to file appeal: ✓ Yes __ No<br>Conviction Information:<br>  Date: 8/3/2017<br>  By: Plea<br>  As to Count(s): One |

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathy Anderson | **Case Manager:** R. Wolters |